# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAHIR ALI,<br><br>       Plaintiff,<br><br>v.<br><br>WINLAND FOODS, INC.,<br><br>       Defendant. | Civil Action No.<br>1:25-cv-00664-MHC-RDC |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Winland Foods, Inc. ("Defendant"), by its attorneys, states:

(1)   The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    (a)    **Plaintiff Tahir Ali.**

    (b)    **Defendant Winland Foods, Inc.**

    (c)    **Defendant Winland Foods, Inc. is not publicly owned, and no publicly owned company owns 10% or more of Winland Foods, Inc.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**None.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Counsel for Plaintiff:**

**Muhammad H. Abdullah**
**mhabdullah@abdullahlawgroup.com**
**Abdullah Law, P.C.**
**1182 Grimes Bridge Road, Suite 300**
**Roswell, GA  30075**

**Counsel for Defendant:**

**Rachel P. Kaercher**
**R. Benjamin McMichael**
**Littler Mendelson, P.C.**
**3424 Peachtree Road N.E., Suite 1200**
**Atlanta, GA 30326**
**rkaercher@littler.com**
**bmcmichael@littler.com**

(*Signature on Following Page*)

Respectfully submitted this 20th day of March, 2025.

        */s/ Rachel P. Kaercher*
        Rachel P. Kaercher, Bar No. 743007
        rkaercher@littler.com
        R. Benjamin McMichael, Bar No. 902654
        bmcmichael@littler.com

        **LITTLER MENDELSON, P.C.**
        3424 Peachtree Road N.E., Suite 1200
        Atlanta, GA 30326
        Telephone: (404) 443-3509
        Facsimile: (404) 601-9114

        *Attorneys for Defendant Winland Foods, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025 a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the following counsel of record:

Muhammad H. Abdullah
Abdullah Law, P.C.
1182 Grimes Bridge Road, Suite 300
Roswell, GA 30075
mhabdullah@abdullahlawgroup.com

*/s/ Rachel P. Kaercher*
Rachel P. Kaercher
Georgia Bar No. 743007