IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAHIR ALI,<br><br>        Plaintiff,<br><br>v.<br><br>WINLAND FOODS, INC.,<br><br>        Defendant. | Civil Action No.<br>1:25-cv-00664-MHC-RDC |

## **NOTICE OF ADDITIONAL APPEARANCE**

Defendant Winland Foods, Inc. ("Defendant"), hereby gives notice of additional appearance of R. Benjamin McMichael of the law firm Littler Mendelson, P.C. as counsel of record and respectfully requests that his appearance be reflected in the Court's docket report and that all pleadings, notices, and correspondence be sent to the undersigned.

[Signature Page Follows]

Dated:   March 20, 2025.                    Respectfully submitted,

/s/ R. Benjamin McMichael
Rachel P. Kaercher
Georgia Bar No. 743007
rkaercher@littler.com
R. Benjamin McMichael
GA Bar No. 902654
bmcmichael@littler.com

LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA 30326.1127
Telephone:    404.233.0330
Facsimile:    404.233.2361

Attorneys for Defendant

2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAHIR ALI,<br><br>        Plaintiff,<br><br>v.<br><br>WINLAND FOODS, INC.,<br><br>        Defendant. | Civil Action No.<br>1:25-cv-00664-MHC-RDC |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 20th, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the following counsel of record:

Muhammad H. Abdullah
Abdullah Law, P.C.
1182 Grimes Bridge Road, Suite 300
Roswell, GA  30075
mhabdullah@abdullahlawgroup.com


      */s/ R. Benjamin McMichael*
      Georgia Bar No. 902654