IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHISN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAHIR ALI,            ) | |
|     Plaintiff     ) | |
| ) | |
| ) | CIVIL ACTION NO. |
| v.                       ) | 1:25-cv-00664-MHC-RDC |
| ) | |
| ) | JURY TRIAL DEMANDED |
| WINLAND FOODS, INC,   ) | |
|     Defendants.   ) | |

## **CERTIFICATE OF SERVICE OF DISCOVERY**

COMES NOW Plaintiff Tahir Ali, by and through his undersigned counsel, and pursuant to Local Rule 26.3, shows that the following discovery was this day served upon Defendant hereto and United States mail:

1. Plaintiff Tahir Ali's First Request for Production of Documents to Defendant Winland Foods, Inc.;

2. Plaintiff Tahir Ali's First Continuing Interrogatories to Defendant Winland Foods, Inc.; and

3. Plaintiff Tahir Ali's First Request for Admissions to Defendant Winland Foods, Inc.

Respectfully submitted, this 12th day of June, 2025. (Signature to follow)

        Abdullah Law Group

        <u>/s/ Muhammad Abdullah</u>
        Muhammad Abdullah
        Georgia Bar No. 184945
        Attorney for Plaintiff

Abdullah Law Group
1182 Grimes Bridge Rd
Suite 300
Roswell, Georgia 30075
(404) 775-6693
(678) 915-1820
mhabdullah@abdullahlawgroup.com

## **<u>CERTIFICATION OF COMPLIANCE</u>**

Pursuant to Local Rule 7.1D, counsel certifies that this Certificate of Service of Discovery was prepared using Times New Roman 14-point font.

This 12th day of June, 2025.

        Abdullah Law Group

        <u>/s/ Muhammad Abdullah</u>
        Muhammad Abdullah
        Georgia Bar No. 184945
        Attorney for Plaintiff