# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAHIR ALI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WINLAND FOODS, INC.,<br><br>　　　　Defendant. | Civil Action No.<br>1:25-cv-00664-MHC-RDC |

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2025 a true and correct copy of the foregoing Notice of Taking Plaintiff's Deposition was served upon counsel of record via electronic mail as follows:

>Muhammad H. Abdullah
>Abdullah Law, P.C.
>1182 Grimes Bridge Road, Suite 300
>Roswell, GA  30075
>mhabdullah@abdullahlawgroup.com

　　　　　　　　　　　　　　　　　　*/s/ Dominique F. Saint-Fort*
　　　　　　　　　　　　　　　　　　Dominique F. Saint-Fort, Bar No. 526306
　　　　　　　　　　　　　　　　　　dsaintfort@littler.com
　　　　　　　　　　　　　　　　　　R. Benjamin McMichael, Bar No. 902654
　　　　　　　　　　　　　　　　　　bmcmichael@littler.com
　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　3424 Peachtree Road N.E., Suite 1200
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30326.1127
　　　　　　　　　　　　　　　　　　Telephone:  404.233.0330

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Winland Foods, Inc.*