IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAHIR ALI,<br><br>        Plaintiff,<br><br>v.<br><br>WINLAND FOODS, INC.,<br><br>        Defendant. | CIVIL ACTION NO.<br>1:25-cv-00664-MHC-RDC |

### ORDER

Following the close of discovery, the parties have jointly requested referral to a United States Magistrate Judge for mediation. (Doc. 25). Accordingly, this case is hereby **REFERRED** to the Chief United States Magistrate Judge for assignment to the next available Magistrate Judge to conduct such proceeding. *See* LR 16.7(B)(1), NDGa. Within **TEN (10) DAYS** of the mediation conference, the parties must file a joint notice informing the Court of the outcome, after which the undersigned will enter an order, as applicable, governing the progress of this matter. All proceedings are **STAYED** pending further direction from the Court.

IT IS SO **ORDERED** on this 21st day of October 2025.

*/s/ R. Cannon*
REGINA D. CANNON
United States Magistrate Judge