# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-00664-MHC-RDC
## Ali v. Winland Foods, Inc.
## Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 12/11/2025.

TIME COURT COMMENCED: 9:40 A.M.
TIME COURT CONCLUDED: 3:22 P.M.        TAPE NUMBER: FTR
TIME IN COURT: 5:42                     DEPUTY CLERK: James Jarvis
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Muhammad Abdullah representing Tahir Ali
Robert McMichael and Dominique Saint-Fort representing Winland Foods, Inc.
\*\* C. Jane Chambers representing Winland Foods, Inc.

OTHER(S) PRESENT: Tahir Ali - Plaintiff

Katie Roberts - representative for Winland Foods, Inc.

PROCEEDING CATEGORY: Settlement Conference

MINUTE TEXT: The parties participated in a settlement conference. The parties reached a resolution and anticipate filing the joint stipulation of dismissal within 30 days.

Judge Bly terminated as settlement judge.