# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAHIR ALI,<br><br>        Plaintiff,<br><br>v.<br><br>WINLAND FOODS, INC.,<br><br>        Defendant. | Civil Action No. 1:25-cv-00664-MHC-RDC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tahir Ali and Defendant Winland Foods, Inc., by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

[*Signatures on Following Page*]

Respectfully submitted this January 5, 2026.

| | |
|---|---|
| */s/ Muhammad H. Abdullah*\* | */s/ Dominique F. Saint-Fort* |
| Muhammad H. Abdullah | Dominique F. Saint-Fort, Bar No. 526306 |
| mhabdullah@abdullahlawgroup.com | dsaintfort@littler.com |
| 1182 Grimes Bridge Road, Suite 300 | Rachel P. Kaercher, Bar No. 743007 |
| Roswell, GA  30075 | rkaercher@littler.com |
| | R. Benjamin McMichael, Bar No. 902654 |
| | bmcmichael@littler.com |
| Attorney for Plaintiff | |
| | |
| \**with express permission* | LITTLER MENDELSON, P.C. |
| | 3424 Peachtree Road N.E. |
| | Suite 1200 |
| | Atlanta, Georgia 30326.1127 |
| | Telephone:     404.233.0330 |
| | Facsimile:      404.233.2361 |
| | |
| | Attorneys for Defendant Winland Foods, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2026, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings and via e-mail as follows:

Muhammad H. Abdullah
mhabdullah@abdullahlawgroup.com
1182 Grimes Bridge Road, Suite 300
Roswell, GA  30075

*Attorney for Plaintiff*

/s/ Dominique F. Saint-Fort
Dominique F. Saint-Fort
Attorney for Defendant